# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Jimmie Quiller

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Colorado

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Colorado

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Colorado

7. District Court and Division in which venue would be proper absent direct filing:
   District of Colorado

8. Defendants (Check Defendants against whom Complaint is made):
   - [✔] C.R. Bard Inc.
   - [✔] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - [✔] Diversity of Citizenship
   - [ ] Other: _____
     a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
     _____
     _____
     _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - [ ] Recovery ® Vena Cava Filter
    - [ ] G2® Vena Cava Filter
    - [ ] G2® Express Vena Cava Filter
    - [ ] G2® X Vena Cava Filter

1     ☐    Eclipse® Vena Cava Filter

2     ☐    Meridian® Vena Cava Filter

3     ✔    Denali® Vena Cava Filter

4     ☐    Other: _____

11. Date of Implantation as to each product:
    March 31, 2015
    _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ✔ Count I:     Strict Products Liability -Manufacturing Defect
   ✔ Count II:    Strict Products Liability -Information Defect (Failure to Warn)
   ✔ Count III:   Strict Products Liability -Design Defect
   ✔ Count IV:    Negligence -Design
   ✔ Count V:     Negligence -Manufacture
   ✔ Count VI:    Negligence -Failure to Recall/Retrofit
   ✔ Count VII:   Negligence -Failure to Warn
   ✔ Count VIII:  Negligent Misrepresentation
   ✔ Count IX:    Negligence *Per Se*
   ✔ Count X:     Breach of Express Warranty
   ✔ Count XI:    Breach of Implied Warranty
   ✔ Count XII:   Fraudulent Misrepresentation
   ✔ Count XIII:  Fraudulent Concealment
   ✔ Count XIV:   Violations of Applicable __Colorado__ (insert state)
                  Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade
                  Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 31 day of October , 2016. |

By: */s/ J. Christopher Elliott*
J. Christopher Elliott, CO Bar #41063
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
(303) 300-9800 (telephone)
(303) 300-9900 (facsimile)
celliott@coloradolaw.net

*Attorneys for Plaintiff*

I hereby certify that on this 31 day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ J. Christopher Elliott*